UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 21-5751-DMG (KKx) | Date | December 27, 2021 |
|---|---|---|---|

Title  *William Andrews v. Harbour Freight Tools USA, Inc.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

On December 1, 2021, the Court granted Defendant's motion to dismiss, and allowed Plaintiff leave to file a second amended complaint by December 22, 2021. Plaintiff was also advised that failure to timely file an amended complaint would result in dismissal of the action. [Doc. # 21.] To date, Plaintiff has not filed an amended complaint and the time to do so has passed.

Accordingly, good cause appearing, the Court DISMISSES this action for lack of prosecution.

IT IS SO ORDERED.